IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL NIGRO, | : |
| | : Case No. 2:19-cv-03054 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Vascura |
| JOHN DOE, et al., | : |
| | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Magistrate Judge Vascura's October 11, 2019 Report and Recommendation Dismissing Plaintiff's Complaint Without Prejudice for a Failure to Prosecute. (Doc. 7.) The Report and Recommendation gave the parties fourteen days to raise any Objections. Neither side has filed an Objection to the Report and Recommendation, and the time for doing so has now passed.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge Vascura reached the correct conclusion. Accordingly, the Court **ADOPTS** Magistrate Judge Vascura's October 11, 2019 Report and Recommendation as this Court's findings of fact and conclusions of law. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                /s/ Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 12, 2019**